1  DAYLE ELIESON
   United States Attorney
2  CHRISTOPHER BURTON
   Assistant United States Attorney
3  Nevada Bar No. 12940
   District of Nevada
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336 / Fax: (702) 388-5087
   Christopher.Burton4@usdoj.gov
6  Representing the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN SAMSUNG CELL PHONE, MODEL: SM-J327P, DEC: 089168896905399568, HEX: 35261809526410 | Case No. 2:18-mj-0899-NJK<br><br>**GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASES** |
| IN THE MATTER OF THE SEARCH OF AN LG CELL PHONE, MODEL: LM-X210MA, S/N: 805CYBD929325, IMEI: 356299-09-929325-7 | Case No. 2:18-mj-0900-NJK<br><br>**GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASES** |
| IN THE MATTER OF THE SEARCH OF AN LG CELL PHONE, MODEL: LM-X210MA, S/N: 805CYBD929325, IMEI: 356233-09-929325-7 | Case No. 2:18-mj-0932-NJK<br><br>**GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASES** |

**CERTIFICATION: This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, DAYLE ELIESON, United States Attorney, and Christopher Burton, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to unseal the Search Warrants filed under the

instant cases and all related documents in anticipation of producing the same as discovery in Case No. 2:18-cr-00384-APG-PAL.

DATED this 11 day of December, 2018.

Respectfully,

DAYLE ELIESON
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN SAMSUNG CELL PHONE, MODEL: SM-J327P, DEC: 089168896905399568, HEX: 35261809526410 | Case No. 2:18-mj-0899-NJK<br><br>**ORDER TO UNSEAL CASES** |
| IN THE MATTER OF THE SEARCH OF AN LG CELL PHONE, MODEL: LM-X210MA, S/N: 805CYBD929325, IMEI: 356299-09-929325-7 | Case No. 2:18-mj-0900-NJK<br><br>**ORDER TO UNSEAL CASES** |
| IN THE MATTER OF THE SEARCH OF AN LG CELL PHONE, MODEL: LM-X210MA, S/N: 805CYBD929325, IMEI: 356233-09-929325-7 | Case No. 2:18-mj-0932-NJK<br><br>**ORDER TO UNSEAL CASES** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED December 12, 2018

_____
UNITED STATES MAGISTRATE JUDGE